DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM BRUNNER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3707

[April 23, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S Rowe, Judge; L.T. Case No. 501993CF008750AXXXMB.

William Brunner, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and LOTT, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***